UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against                                        07 Cr. 217 (CLB)

ADAM DUBUR                       ORDER ACCEPTING PLEA ALLOCUTION

_____

BRIEANT, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, March 21, 2007 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: April 13, 2007

                                            SO ORDERED:

                                            _____
                                            CHARLES L. BRIEANT
                                            UNITED STATES DISTRICT JUDGE